## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Plaintiff

      v.

[1]  CARLOS SOTO DEL VALLE,
     aka "Cano," aka "Nene Rubio,"

[2]  JOAQUIN CRUZ JIMENEZ,
     aka "Joaco,"

[3]  JOSE LAUREANO RODRIGUEZ,
     aka "Joe," aka "Joesito," aka "Cojo,"

[5]  JAIME MARCANO ALGARIN,

[6]  AMILKA TORRES LLANOS,

[8]  ENRIQUE CENTENO ANGULO,
     aka "Combo,"

[9]  ALEX SAURI SANTIAGO,
     aka "Alex,"

[10] GERONIMO PIZARRO CALDERON,
     aka "Jerry Carpio,"

[11] LUIS A. ROSADO GALARZA.
     aka "Buster," aka "Gordo,"

[12] RAMON DEL VALLE RODRIGUEZ

[13] EDGARDO VALENTIN MEDINA,
     aka "Monchichi," aka "Monchi,"

**S U P E R S E D I N G
I N D I C T M E N T**

RECEIVED & FILED
99 APR 21 PM 4: 52
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P R

CRIMINAL NO. 99-77(JAF)

Violations:

18 U.S.C. Section 2
18 U.S.C. Section 922(g)
18 U.S.C. Section 922(k)
18 U.S.C. Section 924(a)(2)
21 U.S.C. Section 841(a)(1)
21 U.S.C. Section 846

(FIVE COUNTS)



SUPERSEDING INDICTMENT
<u>United States</u> v. <u>Carlos Soto Del Valle et al.</u>
Criminal No. 99-77 (JAF)
Page 2

[14]  TEDDY LEON AYALA,
       aka "El Negrito," aka "Teddy el de Gladiolas"

[15]  MIGUEL A. MONTES NIEVES,
       aka "Tony El Flaco,"

[17]  PAUL GONZALEZ ECHEVARRIA,
       aka "Pichi,"

[19]  ANGEL HERNANDEZ MORALES,
       aka "El Gordo," aka "El Cucho,"
       aka "El Pucho,"

[20]  ANTONIO DE LEON ALEJANDRO,
       aka "Tony El Orejón," aka "Tony Cuajo"

[21]  FEDERICO OVIEDO VILLARMAN,
       aka "Quique,"

[22]  ELIAS MANUEL ANDRADES TELLERIA,
       aka "Bam Bam," aka "Bambi,"

    Defendants.

## THE GRAND JURY CHARGES:

## COUNT ONE

From on or about March, 1998 up to and including the date of this indictment, in the

District of Puerto Rico and within the jurisdiction of this Court,

[1]  **CARLOS SOTO DEL VALLE,**
       **aka "Cano," aka "Nene Rubio,"**

[2]  **JOAQUIN CRUZ JIMENEZ,**
       **aka "Joaco,"**

[3]  **JOSE LAUREANO RODRIGUEZ,**

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 3

aka "Joe,"  aka "Joesito," aka "Cojo,"

[5]  JAIME MARCANO ALGARIN,

[6]  AMILKA TORRES LLANOS,

[8]  ENRIQUE CENTENO ANGULO,
aka "Combo,"

[9]  ALEX SAURI SANTIAGO,
aka "Alex,"

[10] GERONIMO PIZARRO CALDERON,
aka "Jerry Carpio,"

[11] LUIS A.  ROSARIO GALARZA,
aka "Buster," aka "Gordo"

[12] RAMON DEL VALLE RODRIGUEZ

[13] EDGARDO VALENTIN MEDINA,
aka "Monchichi," aka "Monchi," aka "Moncho,"

[14]  TEDDY LEON AYALA,
aka "Negrito," aka "Teddy el de Gladiolas"

[15] MIGUEL A. MONTES NIEVES,
aka "Tony el Flaco,"

[17]  PAUL GONZALEZ ECHEVARRIA, aka "Pichi,"

[19]  ANGEL HERNANDEZ MORALES,
aka "El Gordo," aka "El Cucho," aka "El Pucho,"

[20]  ANTONIO DE LEON ALEJANDRO,
aka "Tony El Orejón," aka "Tony Cuajo"

[21]  FEDERICO OVIEDO VILLARMAN,
aka "Quique,"

[22]  ELIAS MANUEL ANDRADES TELLERIA,

aka "Bam Bam," aka "Bambi,"

the defendants herein, and others to the Grand Jury known and unknown knowingly, willfully,

intentionally and unlawfully did conspire, confederate, and agree together with each other and

with divers other persons to the Grand Jury known and unknown, to knowingly, intentionally,

and unlawfully possess with intent to distribute and distribute:

      a.      five (5) kilograms or more, the exact amount being unknown, of a mixture and

substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

      b.      one (1) kilogram or more, the exact amount being unknown, of a mixture and

substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and

      c.      multi-pound quantities, the exact amount being unknown, of a mixture and

substance containing a detectable amount of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Section 846.

## OBJECTIVE OF THE CONSPIRACY

It was the objective of the conspiracy to possess and distribute multi-kilogram quantities

of cocaine, heroin, and marijuana in Puerto Rico and to arrange for a portion of the kilograms of

cocaine to be transported to New York in return for heroin being transported to Puerto Rico.

It was also an objective of the conspiracy to purchase the illicit drugs at the lowest prices

available so as to maximize profit.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that the defendants herein and their co-conspirators would

communicate with each other in coded language when discussing their drug trafficking activities

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 5

over the telephone and would keep each other apprised of the availability of drugs for purchase

and also the lowest prices for which the drugs could be purchased.

It was part of the conspiracy that the defendants herein and their co-conspirators would

keep each other apprised of surveillance by federal law enforcement officers.

It was part of the conspiracy that the defendants herein and their co-conspirators would

carry firearms to protect their drugs and the proceeds from their drug trafficking.

### ROLES OF THE CO-CONSPIRATORS

1.    CARLOS SOTO DEL VALLE, aka "Cano," aka "Nene Rubio," coordinated the

sale and distribution of large quantities of cocaine, heroin and marijuana to drug distribution

points "puntos" in Puerto Rico. SOTO DEL VALLE also arranged for multi-kilogram

shipments of cocaine to be transported to associates in New York in exchange for heroin.

2.    JOAQUIN CRUZ JIMENEZ, aka "Joaco," served as CARLOS SOTO DEL

VALLE's right-hand man and assisted SOTO DEL VALLE in selling and distributing the

cocaine, heroin and marijuana to "puntos" in Puerto Rico. JOAQUIN CRUZ JIMENEZ also

assisted SOTO DEL VALLE with sending cocaine to New York.

3.    JOSE LAUREANO RODRIGUEZ, aka "Joe," aka "Joesito," aka "Cojo,"

among other things, was a source of supply for multi-kilogram amounts of cocaine.

4.    "Bupi," among other things, purchased kilogram amounts of cocaine and other

drugs for further distribution.

5.    JAIME MARCANO ALGARIN, would help to import heroin from Colombia,

South America to Puerto Rico via Saint Maarten.

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 6

6.    **AMILKA TORRES LLANOS,** among other things, supplied kilogram amounts of cocaine and purchased heroin.

7.    **ALEX SAURI SANTIAGO,** aka "Alex," among other things, arranged for multi-kilogram amounts of cocaine to be sent from Puerto Rico to New York.

8.    **ENRIQUE CENTENO ANGULO,** aka "Combo," among other things, purchased kilograms of cocaine and heroin and served as a broker for drug deals.

9.    "Charlie," among other things, purchased and supplied kilograms of cocaine and heroin.

10.    **GERONIMO PIZARRO CALDERON,** aka "Jerry Carpio," among other things, was a source of supply for multi-kilograms of cocaine, and purchased heroin and cocaine for distribution.

11.    **LUIS A. ROSARIO GALARZA,** aka "Buster," aka "Gordo," among other things, purchased and supplied multi-kilogram amounts of cocaine.

12.    **RAMON DEL VALLE RODRIGUEZ** purchased multi-kilogram amounts of cocaine for further distribution.

13.    **EDGARDO VALENTIN MEDINA,** aka "Monchichi," aka "Monchi," aka "Moncho," among other things, distributed cocaine and heroin to "puntos" in Puerto Rico.

14.    **TEDDY LEON AYALA,** among other things, sold cocaine and heroin at "puntos" in Puerto Rico.

15.    **MIGUEL A. MONTES NIEVES,** aka "Tony el Flaco," among other things, sold cocaine and heroin at "puntos" in Puerto Rico.

16.    **PAUL GONZALEZ ECHEVARRIA,** aka "Pichi," among other things,

purchased multi-kilogram amounts of cocaine for further distribution.

17.    **ANGEL HERNANDEZ MORALES,** aka "El Gordo," aka "El Cucho," "El

Pucho," distributed kilogram amounts of heroin and cocaine in Aguadilla, Puerto Rico.

18.    **ANTONIO DE LEON ALEJANDRO,** aka "Tony El Orejón," aka "Tony Cuajo"

sold drugs at "puntos" in Puerto Rico.

19.    **FEDERICO OVIEDO VILLARMAN,** aka "Quique," sold kilogram amounts of

cocaine and purchased heroin for distribution.

20.    **ELIAS MANUEL ANDRADES TELLERIA,** aka "Bam Bam," aka "Bambi,"

among other things, distributed drugs to "puntos" in Puerto Rico.

Carlos Rosado Meléndez, now deceased and not charged herein, acted as an "accountant"

for **CARLOS SOTO DEL VALLE** and **JOAQUIN CRUZ JIMENEZ.** He would help ensure

that **SOTO DEL VALLE** and **CRUZ JIMENEZ** were paid for the drugs that they sold to

various "puntos" in Puerto Rico. Rosado Meléndez also stored drugs and the proceeds from

selling drugs at his residence.

## OVERT ACTS

The following are among the overt acts that the defendants and their co-conspirators

committed in the District of Puerto Rico, New York, and elsewhere.

1.    On March 4, 1998, an Unindicted Co-Conspirator (hereinafter referred to as "UCC

#1"), residing in New York, called JOAQUIN CRUZ JIMENEZ, at which time CRUZ JIMENEZ

told UCC #1 that if he (CRUZ JIMENEZ) received eight kilograms of cocaine, that they would

each receive four kilograms of the cocaine.

2.      On March 14, 1998, UCC #1, residing in New York, called JOAQUIN CRUZ
JIMENEZ, at which time CRUZ JIMENEZ told UCC #1 he would be sending kilograms of
cocaine to CRUZ JIMENEZ in New York.

3.      On May 5, 1998, ANGEL HERNANDEZ MORALES called CARLOS SOTO
DEL VALLE, at which time SOTO DEL VALLE offered HERNANDEZ MORALES some
heroin.

4.      On May 5, 1998, AMILKA TORRES LLANOS, called CARLOS SOTO DEL
VALLE, at which time TORRES LLANOS agreed to check with an associate ("Domi") regarding
the availability of 13 kilograms of cocaine that a friend of SOTO DEL VALLE wanted to
purchase.

5.      On May 6, 1998, CARLOS SOTO DEL VALLE called Carmelo Rosado
Meléndez and told Rosado Meléndez that they were selling a kilogram of cocaine for twelve
thousand dollars ($12,000).

6.      On May 6, 1998, Carmelo Rosado Meléndez, called JOAQUIN CRUZ JIMENEZ,
at which time CRUZ JIMENEZ told Rosado Meléndez that he (CRUZ JIMENEZ) had sold two
kilograms of cocaine and that SOTO DEL VALLE told CRUZ JIMENEZ to give him one
kilogram of cocaine away on credit.

7.      On May 6, 1998, ANGEL HERNANDEZ MORALES called CARLOS SOTO
DEL VALLE to discuss the drug debt HERNANDEZ MORALES owed SOTO DEL VALLE.

8.      On May 6, 1998, at approximately 12:04 p.m., CARLOS SOTO DEL VALLE

called EDGARDO VALENTIN MEDINA and advised VALENTIN MEDINA that there were

eight kilograms of cocaine available for twelve thousand dollars ($12,000) each.

9.    On May 6, 1998, at approximately 12:12 p.m., CARLOS SOTO DEL VALLE

called EDGARDO VALENTIN MEDINA and advised VALENTIN MEDINA that he was going

to provide VALENTIN MEDINA with a sample of drugs, and that if VALENTIN MEDINA

liked it, he could keep it.

10.    On May 6, 1998, at approximately 1:09 p.m., EDGARDO VALENTIN MEDINA

called CARLOS SOTO DEL VALLE, at which time VALENTIN MEDINA told SOTO DEL

VALLE to weigh the drugs.

11.    On May 6, 1998, CARLOS SOTO DEL VALLE detected and stopped some Drug

Enforcement Administration Agents who were conducting surveillance.

12.    Consequently, at approximately 5:48 p.m., on May 6, 1998, CARLOS SOTO DEL

VALLE called EDGARDO VALENTIN MEDINA and told VALENTIN MEDINA to be careful

because federal agents were in SOTO DEL VALLE's neighborhood, and on May 6, 1998, during

the same telephone conversation referred to in Overt Act No. 11, CARLOS SOTO DEL VALLE

told EDGARDO VALENTIN MEDINA that he (SOTO DEL VALLE) would deliver the drugs

at a price of twelve thousand dollars ($12,000).

13.    On May 6, 1998, at approximately 7:58 p.m., "Bupi"called CARLOS SOTO DEL

VALLE, at which time they agreed to keep each other advised on the availability of drugs.

14.    On May 6, 1998, at approximately 8:19 p.m., "Bupi" called SOTO DEL VALLE

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 10

and told SOTO DEL VALLE that there were kilograms of cocaine available which were selling for twelve thousand five hundred dollars ($12,500) each.

15.    On May 6, 1998, at approximately 9:33 p.m., CARLOS SOTO DEL VALLE called "Bupi" and told "Bupi" that he did not want the kilograms of cocaine that "Bupi" had found, because his partner had found eight or ten selling for twelve thousand dollars ($12,000).

16.    On May 7, 1998, ANTONIO DE LEON ALEJANDRO and TEDDY LEON AYALA called JOAQUIN CRUZ JIMENEZ, at which time CRUZ JIMENEZ told LEON AYALA that the drugs arrived and that the price was ten thousand, five hundred dollars ($10,500).

17.    On May 7, 1998, CARLOS SOTO DEL VALLE called an Unindicted Co-Conspirator (hereinafter referred to as "UCC #2") and requested that UCC #2 tell "EL GORDO" (meaning ANGEL HERNANDEZ MORALES) to call SOTO DEL VALLE because SOTO DEL VALLE had more drugs for "EL GORDO" to sell.

18.    On May 7, 1998, GERONIMO PIZARRO CALDERON called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE asked PIZARRO CALDERON when the drugs were going to arrive because SOTO DEL VALLE had already sold "five" or "ten" for PIZARRO CALDERON.

19.    On May 7, 1998, ANTONIO DE LEON ALEJANDRO called JOAQUIN CRUZ JIMENEZ and told CRUZ JIMENEZ that CRUZ JIMENEZ needed to change the drugs ("peanuts") he was selling to DE LEON ALEJANDRO because they were not profitable.

20.    On May 8, 1998, CARLOS SOTO DEL VALLE called Carmelo Rosado

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 11

Meléndez and informed Rosado Meléndez about the quantity of drugs that he (SOTO DEL

VALLE) had for sale and that ROSADO Meléndez could offer the other "four" to whomever he

wanted.

21.    On May 8, 1998, CARLOS SOTO DEL VALLE and JOAQUIN CRUZ

JIMENEZ called MIGUEL MONTES NIEVES, at which time MONTES NIEVES complained

to SOTO DEL VALLE about the quality of drugs that he had received from SOTO DEL

VALLE.

22.    On May 8, 1998, GERONIMO PIZARRO CALDERON called CARLOS SOTO

DEL VALLE and told SOTO DEL VALLE that the drugs had arrived and agreed to save "five"

for SOTO DEL VALLE.

23.    On May 8, 1998, ANTONIO DE LEON ALEJANDRO and an Unindicted Co-

Conspirator (hereinafter referred to as "UCC #3) called JOAQUIN CRUZ JIMENEZ and

requested that CRUZ JIMENEZ exchange the drugs that CRUZ JIMENEZ had with the drugs

that DE LEON ALEJANDRO and UCC #3 had.

24.    On May 8, 1998, CARLOS SOTO DEL VALLE called ANGEL HERNANDEZ

MORALES, at which time HERNANDEZ MORALES explained how he would pay off his drug

debt to SOTO DEL VALLE.

25.    On May 8, 1998, during a telephone conversation with ANGEL HERNANDEZ

MORALES, CARLOS SOTO DEL VALLE asked an unidentified party who was with SOTO

DEL VALLE, what happened to the box of bullets that the unidentified party was going to bring

SOTO DEL VALLE.

26.     On May 9, 1998, Carmelo Rosado Meléndez called CARLOS SOTO DEL VALLE, at which time they discussed drug debts that they were owed and also selling more drugs.

27.     On May 9, 1998, at approximately 5:25 p.m., TEDDY LEON AYALA called JOAQUIN CRUZ JIMENEZ and asked CRUZ JIMENEZ if there were drugs available.

28.     On May 9, 1998, at approximately 6:16 p.m, TEDDY LEON AYALA called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE advised LEON AYALA that he had more drugs and asked LEON AYALA if LEON AYALA wanted some more.

29.     On May 9, 1998, EDGARDO VALENTIN MEDINA called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE advised VALENTIN MEDINA about the arrival of heroin ("fresquecitas") yesterday.

30.     On May 9, 1998, "Charlie" called CARLOS SOTO DEL VALLE and advised SOTO DEL VALLE that he had the drugs ("las cositas") and SOTO DEL VALLE's money ("los chavitos").

31.     On May 9, 1998, CARLOS SOTO DEL VALLE called MIGUEL MONTES NIEVES, at which time MONTES NIEVES complained to SOTO DEL VALLE about the quality of drugs that SOTO DEL VALLE sold to him.

32.     On May 9, 1998, ENRIQUE CENTENO ANGULO called CARLOS SOTO DEL VALLE, at which time CENTENO ANGULO told SOTO DEL VALLE that he would give SOTO DEL VALLE the money from their drug trafficking.

33.     On May 10, 1998, UCC #3 called CARLOS SOTO DEL VALLE, at which time

SOTO DEL VALLE advised UCC #3 that the best price that he could obtain a kilogram of cocaine on behalf of UCC #3 was for thirteen thousand, five hundred dollars ($13,500).

34.   On May 11, 1998, CARLOS SOTO DEL VALLE called ANGEL HERNANDEZ MORALES, at which time HERNANDEZ MORALES asked SOTO DEL VALLE if he had drugs available.

35.   On May 11, 1998, at approximately 12:25 p.m., "Charlie" called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told "Charlie" that he needed the kilograms of cocaine right away.

36.   On May 11, 1998, in a telephone conversation occurring approximately one minute after the telephone conversation referred to in Overt Act No. 35, "Charlie" asked CARLOS SOTO DEL VALLE how many kilograms of cocaine ("shoes") SOTO DEL VALLE needed.

37.   On May 11, 1998, in a telephone conversation occurring less that twenty minutes after the telephone conversation described in Overt Act No. 35, "Charlie" called CARLOS SOTO DEL VALLE, at which time they discussed the quality and prices of kilograms of cocaine which "Charlie" was going to purchase on behalf of SOTO DEL VALLE.

38.   On May 11, 1998, UCC #3 called CARLOS SOTO DEL VALLE at which time SOTO DEL VALLE told UCC #3 that he expected to send the kilograms of cocaine ("muchachos") to UCC #3 in New York that week.

39.   On May 11, 1998, MIGUEL MONTES NIEVES called CARLOS SOTO DEL VALLE and JOAQUIN CRUZ JIMENEZ, at which time MONTES NIEVES asked SOTO DEL VALLE and CRUZ JIMENEZ for drugs.

40.     On May 11, 1998, at approximately 4:56 p.m., ENRIQUE CENTENO ANGULO called JOAQUIN CRUZ JIMENEZ and asked CRUZ JIMENEZ if he knew anyone that wanted to buy marijuana.

41.     On May 11, 1998, at approximately 5:19 p.m., JOAQUIN CRUZ JIMENEZ called TEDDY LEON AYALA and asked LEON AYALA if he had marijuana ("food for the horses") available.

42.     On May 12, 1998, UCC #3 called CARLOS SOTO DEL VALLE and asked SOTO DEL VALLE when the Airborne Express Package containing four kilograms of cocaine would be coming from Puerto Rico to New York. In the telephone conversation, UCC #3 asked SOTO DEL VALLE if they were coming up here (meaning New York) today to which SOTO DEL VALLE responded that tomorrow (May 13, 1998) "they" would be coming over there (meaning New York).

43.     On May 12, 1998, ANGEL HERNANDEZ MORALES called CARLOS SOTO DEL VALLE and asked SOTO DEL VALLE about the quality of some heroin that HERNANDEZ MORALES had just purchased for eleven thousand, five hundred dollars ($11,500).

44.     On May 12, 1998, CARLOS SOTO DEL VALLE called JOSE LAUREANO RODRIGUEZ and told SIERRA GONZALEZ to find five kilograms ("five muchachos"). SIERRA GONZALEZ responded that he would have to make a call. SOTO DEL VALLE then told SIERRA GONZALEZ to call him back right away, because he (SOTO DEL VALLE) was in a hurry.

45.    On May 12, 1998, "Bupi" called CARLOS SOTO DEL VALLE, at which time

SOTO DEL VALLE asked "Bupi" for five kilograms ('the square white ones") of cocaine.

46.    On May 12, 1998, GERONIMO PIZARRO CALDERON called CARLOS SOTO

DEL VALLE, at which time SOTO DEL VALLE asked PIZARRO CALDERON if he

(PIZARRO CALDERON) had any drugs ("muchachos").

47.    On May 12, 1998, at approximately 2:51 p.m., JOAQUIN CRUZ JIMENEZ called

CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told CRUZ JIMENEZ  that

they were going to give them (meaning SOTO DEL VALLE and CRUZ JIMENEZ) fifteen

kilograms of cocaine.

48.    On May 12, 1998, at approximately 6:59 p.m., Carmelo Rosado Meléndez called

CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told Rosado Meléndez that

"they" authorized him (SOTO DEL VALLE) to buy the kilograms of cocaine at  fourteen

thousand dollars ($14,000).

49.    On May 12, 1998, at approximately 7:21 p.m., JOAQUIN CRUZ JIMENEZ called

CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told CRUZ JIMENEZ  that

they were offering kilograms of cocaine for twelve thousand, eight hundred dollars ($12,800) and

that he (SOTO DEL VALLE) counter offered at twelve thousand, five hundred dollars  ($12,500)

for each kilogram of cocaine.

50.    On May 12, 1998, at approximately 7:41 p.m., CARLOS SOTO DEL VALLE

called Carmelo Rosado Meléndez, at which time they decided that they would not pay twelve

thousand, six hundred dollars ($12,600) per kilogram of cocaine since the market rate was twelve

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 16

thousand, five hundred dollars ($12,500).

51.    On May 13, 1998, CARLOS SOTO DEL VALLE called Carmelo Rosado Meléndez, at which time SOTO DEL VALLE and Rosado Meléndez discussed SOTO DEL VALLE's delivering drugs ("light bulbs") to Rosado Meléndez' house.

52.    On May 13, 1998, JOAQUIN CRUZ JIMENEZ called Carmelo Rosado Meléndez, at which time CRUZ JIMENEZ and Rosado Meléndez discussed buying drugs ("parts").

53.    On May 13, 1998, TEDDY LEON AYALA called JOAQUIN CRUZ JIMENEZ, at which time they discussed the availability, quality and pricing of cocaine and heroin for sale to their buyers.

54.    On May 13, 1998, at approximately 3:15 p.m., JOAQUIN CRUZ JIMENEZ called ELIAS MANUEL ANDRADES TELLERIA, at which time ANDRADES TELLERIA asked CRUZ JIMENEZ if CRUZ JIMENEZ if there was any heroin ("butter") available.

55.    On May 13, 1998, at approximately 3:37 p.m., JOAQUIN CRUZ JIMENEZ called ELIAS MANUEL ANDRADES TELLERIA, at which time ANDRADES TELLERIA asked CRUZ JIMENEZ for a sample of drugs for a buyer.

56.    On May 13, 1998, at approximately 6:00 p.m., TEDDY LEON AYALA called CARLOS SOTO DEL VALLE and asked SOTO DEL VALLE if there were kilograms of cocaine available and for what price. SOTO DEL VALLE responded that LEON AYALA should call "Joaco" (meaning JOAQUIN CRUZ JIMENEZ) because "Joaco" knew who the guy was. SOTO DEL VALLE also told LEON AYALA that the guy was "Joesito" from "Villa"

(meaning JOSE LAUREANO RODRIGUEZ).

57.    On May 13, 1998, at approximately 6:14 p.m., TEDDY LEON AYALA called

JOAQUIN CRUZ JIMENEZ  and asked CRUZ JIMENEZ if there were any of the kilograms of

cocaine ("square ones").  CRUZ JIMENEZ responded that there were none, because he had to

return them ("Los tuve que devolver.")

58.    On May 13, 1998, "Charlie" called CARLOS SOTO DEL VALLE to advise

SOTO DEL VALLE that he knew someone who had kilograms of cocaine for sale.

59.    On May 13, 1998, JOSE LAUREANO RODRIGUEZ called CARLOS SOTO

DEL VALLE  and told SOTO DEL VALLE that he could get two kilograms of cocaine for

SOTO DEL VALLE.

60.    On May 13, 1998, at approximately 10:37 a.m., Carmelo Rosado Meléndez called

JOAQUIN CRUZ JIMENEZ and told CRUZ JIMENEZ that there were seven kilograms of

cocaine available at twelve thousand, five hundred dollars ($12,500) each.

61.    On May 13, 1998, at approximately 1:29 p.m., CARLOS SOTO DEL VALLE

called JOSE LAUREANO RODRIGUEZ and told SIERRA GONZALEZ that he would bring the

money for the five kilograms of cocaine today.

62.    On May 13, 1998, at approximately 1:35 p.m., CARLOS SOTO DEL VALLE

called JOSE LAUREANO RODRIGUEZ and told SIERRA GONZALEZ  to send for seven

kilograms of cocaine.

63.    On May 13, 1998, at approximately 2:29 p.m., "Bupi" called CARLOS SOTO

DEL VALLE, at which time SOTO DEL VALLE told "Bupi" that he did not need the kilograms

of cocaine anymore because "Joe" (referring to JOSE LAUREANO RODRIGUEZ) found "it" for

him (SOTO DEL VALLE).

64.    On May 13, 1998, at approximately 10:46 p.m., GERONIMO PIZARRO

CALDERON called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told

PIZARRO CALDERON that he (SOTO DEL VALLE) had just purchased four kilograms of

cocaine at twelve thousand, five hundred dollars ($12,500).

65.    On May 13, 1998, in the same telephone conversation referred to in Overt Act No.

62, CARLOS  SOTO DEL VALLE asked GERONIMO PIZARRO CALDERON if  if the drugs

("muchachos") had arrived.

66.    On May 13, 1998, at approximately 3:15 p.m., JOAQUIN CRUZ JIMENEZ called

an Unindicted Co-Conspirator (hereinafter referred to as "UCC #4"), at which time UCC #4

asked CRUZ JIMENEZ if CRUZ JIMENEZ if there was any heroin ("butter") available.

67.    On May 13, 1998, at approximately 3:37 p.m., JOAQUIN CRUZ JIMENEZ called

UCC #4, at which time UCC #4 asked CRUZ JIMENEZ for a sample of drugs for a buyer.

68.    On May 13, 1998, at approximately 6:01 p.m., CARLOS SOTO DEL VALLE

called JOSE LAUREANO RODRIGUEZ and asked SIERRA GONZALEZ if he could obtain

two additional  kilograms of cocaine for "Teddy el de Gladiolas" (referring to TEDDY LEON

AYALA).

69.    On May 13, 1998, at approximately 6:12 p.m., ALEX SAURI SANTIAGO, aka

"Alex", called CARLOS SOTO DEL VALLE,  at which time which they discussed how to send

four kilograms of cocaine from Puerto Rico to New York City by Airborne Express.

70.    On May 13, 1998, at approximately 10:30 p.m., ALEX SAURI SANTIAGO, aka "Alex," called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE gave ALEX SAURI SANTIAGO, aka "Alex," the number "11355," a zip code in Queens, New York (the address's zip code to where the Airborne Express package containing the four kilograms of cocaine would be mailed).

71.    On May 14, 1998, Carmelo Rosado Meléndez called JOAQUIN CRUZ JIMENEZ and informed CRUZ JIMENEZ about the prices of kilograms of cocaine that were for sale.

72.    On May 14, 1998, JOAQUIN CRUZ JIMENEZ called TEDDY LEON AYALA and asked LEON AYALA if LEON AYALA had marijuana ("hay"). LEON AYALA then asked CRUZ JIMENEZ if CRUZ JIMENEZ had any cocaine and heroin.

73.    On May 14, 1998, EDGARDO VALENTIN MEDINA called CARLOS SOTO DEL VALLE and asked SOTO DEL VALLE if he knew who had drugs ("el trabajo").

74.    On May 14, 1998, ALEX SAURI SANTIAGO, aka "Alex," called CARLOS SOTO DEL VALLE and gave the name "Jose Perez Ortiz" to SOTO DEL VALLE (the name of the addressee in Queens, New York which would be written on the Airborne Express package containing the four kilograms of cocaine).

75.    On May 14, 1998, UCC #1 called CARLOS SOTO DEL VALLE and Carmelo Rosado Meléndez to discuss when the Airborne Express package containing four kilograms of cocaine would arrive in Queens, New York from San Juan, Puerto Rico. In the telephone conversation, SOTO DEL VALLE told UCC #1 that "those gifts" would arrive tomorrow

morning (May 15, 1998) and that they would be under the name of "Jose Pérez Ortiz."

76.    On May 14, 1998, at approximately 4:19 p.m., CARLOS SOTO DEL VALLE called "Bupi" and asked "Bupi" for three or four kilograms of cocaine.

77.    On May 14, 1998, at approximately 8:41 p.m., "Bupi" called CARLOS SOTO DEL VALLE, at which time "Bupi" and SOTO DEL VALLE discussed the price of some kilograms of cocaine that were for sale.

78.    On May 15, 1998, Carmelo Rosado Meléndez called JOAQUIN CRUZ JIMENEZ, at which time they discussed the poor quality of cocaine which Rosado Meléndez had obtained.

79.    On May 15, 1998, UCC #3 called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told UCC #3 that "los muchachos" (meaning the Airborne Express Package) had been delivered (meaning to 130-14 60th Avenue, College Point Boulevard, Apt. No. 2E in Queens, New York), but they were not allowed in because there was a controlled access point in the building.

80.    On May 15, 1998, CARLOS SOTO DEL VALLE called "Bupi" and asked "Bupi" to confirm the price of the kilograms of cocaine that "Bupi" had told him about yesterday.

81.    On May 15, 1998, LUIS ROSARIO GALARZA called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told ROSARIO GALARZA that he (SOTO DEL VALLE) was offered some kilograms of cocaine at thirteen thousand, three hundred dollars ($13,300). ROSARIO GALARZA responded by telling SOTO DEL VALLE that he trusted

SOTO DEL VALLE and that he would guarantee payment to SOTO DEL VALLE for the kilograms of cocaine.

82.    On May 15, 1998, at approximately 2:33 p.m., UCC #1 called CARLOS SOTO DEL VALLE to discuss the expected arrival of the Airborne Express package containing four kilograms of cocaine which was sent from San Juan, Puerto Rico to New York City.  In the telephone conversation, SOTO DEL VALLE told UCC #1  that the package will arrive today and once it was received to call  SOTO DEL VALLE.

83.    On May 15, 1998, at approximately 2:35 p.m., CARLOS SOTO DEL VALLE called ALEX SAURI SANTIAGO, aka "Alex," and told "Alex" that there was nothing yet (meaning the Airborne Express package had not yet arrived in New York).  ALEX SAURI SANTIAGO, aka "Alex," responded that he would call them back again.

84.    On May 15, 1998,  at approximately 2:44 p.m., ALEX SAURI SANTIAGO, aka "Alex" called CARLOS SOTO DEL VALLE and told SOTO DEL VALLE to instruct the guys to stay there (meaning the people in Queens, New York who were to receive the Airborne Express package containing the four kilograms of cocaine ) because the delivery person (meaning the delivery person from Airborne Express) had still not made it to where the guys were.

85.    On May 15, 1998, at approximately 4:40 p.m., ALEX SAURI SANTIAGO, aka "Alex," called SOTO DEL VALLE and told SOTO DEL VALLE to tell the guys (again referring to the people in Queens, New York who were waiting for the Airborne Express package) not to move because it was the last delivery (meaning the last delivery from Airborne express) and it should be there at 4:30 p.m. or 5:00 p.m.

86.     On May 15, 1998, at approximately 4:57 p.m., CARLOS SOTO DEL VALLE called ALEX SAURI SANTIAGO, aka "Alex," and explained to "Alex" that the building had no access control and for them (referring to the Airborne Express delivery person) to ring the apartment bell in order to go upstairs. "Alex" responded that he was going to call "him" now (referring to "Alex'" point of contact at Airborne Express)

87.     On May 15, 1998, at approximately 6:30 p.m., ALEX SAURI SANTIAGO, aka "Alex," called UCC #1 and explained to UCC #1 how to receive the Airborne Express package at the apartment in Queens, New York.

88.     On May 15, 1998, at approximately 6:33 p.m., a representative from Airborne Express called UCC #1 who identified himself as "José," the first name of the addressee on the Airborne Express package containing four kilograms of cocaine which had been sent from Puerto Rico to New York. In the telephone conversation, the Airborne Express representative asked "José" for the correct address so that the package could be delivered. "José" responded that the correct address was 130-14 60th Avenue, Apartment No. 2E in College Point (Queens), New York. The Airborne Express representative then told "José" that the package was missing the apartment number and without the apartment number it was difficult to deliver the package.

89.     On May 15, 1998, at approximately 6:39 p.m., ALEX SAURI SANTIAGO, aka "Alex," called CARLOS SOTO DEL VALLE and advised that the person (referring to the delivery person) arrived at the building (meaning 114-30 60th Avenue, Apartment No. 2E, at College Point Blvd. in Queens, New York), but left because he could not gain access to the building. ALEX SAURI SANTIAGO, aka "Alex," advised that "it" could still be delivered today

**SUPERSEDING INDICTMENT**
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 23

or tomorrow morning.

90.    On May 16, 1998, JOAQUIN CRUZ JIMENEZ called CARLOS SOTO DEL

VALLE, at which time SOTO DEL VALLE told CRUZ JIMENEZ to offer thirteen thousand,

five hundred dollars for each kilogram of cocaine which they were negotiating to buy.

91.    On May 16, 1998, CARLOS SOTO DEL VALLE called ANGEL HERNANDEZ

MORALES, at which time HERNANDEZ MORALES told SOTO DEL VALLE that the heroin

he purchased turned out to be good.

92.    On May 16, 1998, in the same telephone conversation referred to in Overt Act No.

91, CARLOS SOTO DEL VALLE asked ANGEL HERNANDEZ MORALES to purchase

several kilograms of cocaine by calling UCC # 1.

93.    On May 17, 1998, at approximately 1:26 p.m., CARLOS SOTO DEL VALLE

called Carmelo Rosado Meléndez, at which time Rosado Meléndez told SOTO DEL VALLE

that he was trying to obtain kilograms of cocaine at twelve thousand, five hundred dollars

($12,500).

94.    On May 17, 1998, in the same telephone conversation referred to in Overt Act No.

93, Carmelo Rosado Meléndez asked CARLOS SOTO DEL VALLE how much money

JOAQUIN CRUZ JIMENEZ had left over from selling drugs.

95.    On May 18, 1998, UCC #1 called CARLOS SOTO DEL VALLE and Carmelo

Rosado Meléndez, at which time they argued about who was responsible for lost drug shipments

between Puerto Rico and New York.

96.    On May 18, 1998, CARLOS SOTO DEL VALLE called JOSE LAUREANO

RODRIGUEZ and told him that the drugs were seized (referring to the four kilograms of cocaine that were sent via Airborne Express from Puerto Rico to New York and which were subsequently seized by the New York City police) and that he needed at least six kilograms of cocaine to replace those that belonged to the other people.

97.    On May 18, 1998, an Unindicted Co-Conspirator (hereinafter referred to as "UCC # 4") and ALEX SAURI SANTIAGO, aka "Alex" called CARLOS SOTO DEL VALLE and advised that the person who was supposed to receive the Airborne Express package would not pay the $10.00 delivery charge to receive the package and therefore the package was not delivered. UCC#4 further advised that the person had also changed his telephone number.

98.    On May 18, 1998, in the same telephone conversation referred to in Overt Act No. 97, ALEX SAURI SANTIAGO, aka "Alex," advised CARLOS SOTO DEL VALLE that they were taking measures to receive the package (referring to the package containing four kilograms of cocaine) if it was returned to Puerto Rico.

99.    On May 18, 1998, LUIS ROSARIO GALARZA called CARLOS SOTO DEL VALLE and told SOTO DEL VALLE  that he (ROSARIO GALARZA) had three-eighths of a kilogram of heroin available at twenty-two thousand dollars ($22,000).

100.    On May 18, 1998, at approximately 12:51 p.m., ALEX SAURI SANTIAGO, aka "Alex," called CARLOS SOTO DEL VALLE and told SOTO DEL VALLE that he would obtain the paperwork from Airborne Express proving that the package had been sent.

101.    On May 19, 1998, ALEX SAURI SANTIAGO, aka "Alex," called CARLOS SOTO DEL VALLE and suggested to SOTO DEL VALLE that he change his cellular telephone

in order to avoid detection by the authorities. In the telephone conversation, ALEX SAURI

SANTIAGO, aka "Alex," advised SOTO DEL VALLE  that if they were to check the record of

the telephone calls made during those days (meaning the telephone calls made from UCC #1's

cellular telephone), they could harass "Alex" and SOTO DEL VALLE .

      102.    On May 19, 1998, in the same telephone conversation referred to in Overt Act No.

101, ALEX SAURI SANTIAGO, aka "Alex," confirmed to CARLOS SOTO DEL VALLE that

he ("Alex") had obtained the paperwork from Airborne Express to show that they (meaning

SOTO DEL VALLE  and "Alex") were not at fault for losing the package.

      103.    On May 19, 1998, at approximately 2:39 p.m., ANGEL HERNANDEZ

MORALES called CARLOS SOTO DEL VALLE and asked SOTO DEL VALLE if he knew

where he could obtain drugs.

      104.    On May 19, 1998, at approximately 5:32 p.m., ANGEL HERNANDEZ

MORALES called CARLOS SOTO DEL VALLE, at which time SOTO DEL VALLE told

HERNANDEZ MORALES that he had not been able to obtain any drugs for HERNANDEZ

MORALES.

      105.    On June 17, 1998, at approximately 8:08 p.m., FEDERICO OVIEDO

VILLARMAN, aka "Quique," called JOAQUIN CRUZ JIMENEZ, at which time CRUZ

JIMENEZ told FEDERICO OVIEDO VILLARMAN, aka "Quique," that the drugs would be

available for FEDERICO OVIEDO VILLARMAN, aka "Quique," to pick up.

      106.    On June 17, 1998, at approximately 10:29 p.m., QUIQUE called JOAQUIN

CRUZ JIMENEZ, at which time they discussed the quality of drugs ("the armchairs were fast").

SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 26

107.    On June 18, 1998, CARLOS SOTO DEL VALLE called JOAQUIN CRUZ
JIMENEZ and told CRUZ JIMENEZ to find out for how much the kilograms of cocaine
("muchachos") were selling.

108.    On June 18, 1998, CARLOS SOTO DEL VALLE called JOAQUIN CRUZ
JIMENEZ and told CRUZ JIMENEZ to find out for how much the kilograms of cocaine
("muchachos") were selling.

109.    On June 18, 1998, ELIAS MANUEL ANDRADES TELLERIA called JOAQUIN
CRUZ JIMENEZ, at which time ANDRADES TELLERIA and CRUZ JIMENEZ discussed the
supplies of drugs that were available for sale.

110.    On June 19, 1998, JOAQUIN CRUZ JIMENEZ called ELIAS MANUEL
ANDRADES TELLERIA, at which time ANDRADES TELLERIA asked CRUZ JIMENEZ for
drugs.

111.    On June 18, 1998, at approximately 6:33 p.m., ENRIQUE CENTENO ANGULO
called JOAQUIN CRUZ JIMENEZ, at which time CRUZ JIMENEZ told CENTENO ANGULO
that the price was fifteen thousand dollars ($15,000) each for two kilograms of cocaine.

112.    On June 18, 1998, UCC #4 called JOAQUIN CRUZ JIMENEZ, at which time
UCC #4 and CRUZ JIMENEZ discussed the supplies of drugs that were available for sale.

113.    On June 19, 1998, JOAQUIN CRUZ JIMENEZ called UCC #4, at which time
UCC #4 asked CRUZ JIMENEZ for drugs.

114.    On June 20, 1998, FEDERICO OVIEDO VILLARMAN, aka "Quique," called
JOAQUIN CRUZ JIMENEZ, at which time they discussed exchanging drugs ("shirts") with each

other.

115.   On June 21, 1998, FEDERICO OVIEDO VILLARMAN, aka "Quique," called JOAQUIN CRUZ JIMENEZ who asked FEDERICO OVIEDO VILLARMAN, aka "Quique," if the drugs ("cloth") had arrived.

116.   On June 22, 1998, ELIAS MANUEL ANDRADES TELLERIA called JOAQUIN CRUZ JIMENEZ, at which time ANDRADES TELLERIA asked CRUZ JIMENEZ about the drugs which CRUZ JIMENEZ was preparing for ANDRADES TELLERIA.

117.   On June 22, 1998, UCC #4 called JOAQUIN CRUZ JIMENEZ, at which time UCC #4 asked CRUZ JIMENEZ about the drugs which CRUZ JIMENEZ was preparing for UCC #4.

118.   On June 23, 1998, MIGUEL MONTES NIEVES called JOAQUIN CRUZ JIMENEZ and asked JOAQUIN CRUZ JIMENEZ for drugs.

119.   On June 24, 1998, FEDERICO OVIEDO VILLARMAN, aka "Quique," called JOAQUIN CRUZ JIMENEZ and CARLOS SOTO DEL VALLE and told them that the drugs were seized by law enforcement.

120.   On June 29, 1998, FEDERICO OVIEDO VILLARMAN, aka "Quique," called CARLOS SOTO DEL VALLE and told SOTO DEL VALLE that the drugs which were being delivered to FEDERICO OVIEDO VILLARMAN, aka "Quique," were wet.

121.   On June 29, 1998, in the same telephone conversation referred to in Overt Act No. 120, FEDERICO OVIEDO VILLARMAN, aka "Quique," and CARLOS SOTO DEL VALLE discussed the prices at which they would have to buy and sell kilograms of cocaine in order to

make a profit.

122.    On June 29, 1998, LUIS ROSARIO GALARZA called JOAQUIN CRUZ

JIMENEZ, at which time CRUZ JIMENEZ told ROSARIO GALARZA to inform his buyer that

the kilograms of cocaine were selling for fifteen thousand dollars ($15,000) to fifteen thousand,

two hundred dollars ($15,200).

123.    On June 29, 1998, MIGUEL MONTES NIEVES called CARLOS SOTO DEL

VALLE and asked SOTO DEL VALLE for drugs.

124.    On July 7, 1998, at approximately 8:16 p.m., RAMON DEL VALLE

RODRIGUEZ called CARLOS SOTO DEL VALLE and told SOTO DEL VALLE that they

were selling kilograms "(telas")" of cocaine at fifteen thousand dollars ($15,000) each.

125.    On July 7, 1998, at approximately 10:01 p.m., RAMON DEL VALLE

RODRIGUEZ called CARLOS SOTO DEL VALLE and told CARLOS SOTO DEL VALLE

that they gave the kilograms of cocaine ("telas") to him (RAMON DEL VALLE RODRIGUEZ)

at thirteen thousand, eight hundred dollars ($13,800).

126.    On July 9, 1998, CARLOS SOTO DEL VALLE called MIGUEL MONTES

NIEVES, at which time MONTES NIEVES asked SOTO DEL VALLE for drugs.

127.    On August 2, 1998, MIGUEL MONTES NIEVES called CARLOS SOTO DEL

VALLE and advised SOTO DEL VALLE that he located some drugs and sold the drugs at a

profit.

128.    On August 4, 1998, RAMON DEL VALLE RODRIGUEZ called SOTO DEL

VALLE and told SOTO DEL VALLE that there were some kilograms of cocaine ("yardas de

tela") available at thirteen thousand dollars ($13,000).

129.    On August 5, 1998, MIGUEL MONTES NIEVES called CARLOS SOTO DEL

VALLE and advised SOTO DEL VALLE that MONTES NIEVES' friend had some kilograms

of cocaine to sell on consignment.

130.    On August 7, 1998, RAMON DEL VALLE RODRIGUEZ called CARLOS

SOTO DEL VALLE and told SOTO DEL VALLE that whatever heroin came would belong to

them, meaning RAMON DEL VALLE RODRIGUEZ and CARLOS SOTO DEL VALLE and

"Jaime" (referring to JAIME MARCANO ALGARIN).

131.    On August 11, 1998, CARLOS SOTO DEL VALLE called AMILKA TORRES

LLANOS, at which time TORRES LLANOS advised SOTO DEL VALLE that there were drugs

available.

132.    On August 12, 1998, PAUL GONZALEZ ECHEVARRIA, aka "Pichi" called

CARLOS SOTO DEL VALLE, at which time PAUL GONZALEZ ECHEVARRIA, aka "Pichi,"

asked SOTO DEL VALLE if there were kilograms of cocaine available at twelve thousand, five

hundred ($12,500) each.

133.    On August 15, 1998, CARLOS SOTO DEL VALLE called JAIME MARCANO

ALGARIN, at which time MARCANO ALGARIN advised SOTO DEL VALLE on the status of

the two couriers who were bringing heroin from St. Maarten to Puerto Rico.

134.    On August 15, 1998, CARLOS SOTO DEL VALLE called AMILKA TORRES

LLANOS, at which time TORRES LLANOS told SOTO DEL VALLE that there would be drugs

available the next day.

135.    On August 20, 1998, at approximately 10:41 p.m., RAMON DEL VALLE RODRIGUEZ called CARLOS SOTO DEL VALLE and advised CARLOS SOTO DEL VALLE that they were offering eighths of a kilogram of heroin at eleven thousand dollars ($11,000) each.

136.    On August 20, 1998, at approximately 10:45 p.m., RAMON DEL VALLE RODRIGUEZ called CARLOS SOTO DEL VALLE and told SOTO DEL VALLE that there was heroin available at ten thousand, eight hundred dollars.

137.    On August 22, 1998, JOAQUIN CRUZ JIMENEZ called an Unindicted Co-Conspirator (hereinafter referred to as "UCC #5") and asked UCC #5 how the drugs were selling.

138.    On August 23, 1998, at approximately 1: 46 p.m., JOAQUIN CRUZ JIMENEZ called UCC #5 and authorized him/her to give out a package of drugs as a sample.

The acts charged in Count One through Three (both Counts inclusive) of this Indictment are realleged herein and made to form part of this conspiracy. All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about May 15, 1998, in the District of Puerto Rico and within the jurisdiction of this Court,

### [1] CARLOS SOTO DEL VALLE,
aka "Cano," aka "Nene Rubio,"

### [3] JOSE LAUREANO RODRIGUEZ,
aka "Joe," aka "Joesito," aka "Cojo," and

### [9] ALEX SAURI SANTIAGO, aka "Alex,"

the defendants herein, and others to the Grand Jury known and unknown, aiding and abetting each

**SUPERSEDING INDICTMENT**
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 31

other, did knowingly, willfully, intentionally and unlawfully possess with intent to distribute

approximately four (4) kilograms of cocaine, a Schedule II Narcotic Drug Controlled Substance,

all in violation of Title 18, United States Code, Section 2, and Title 21, United States Code,

Section 841(a)(1).

## COUNT THREE

On or about May 14, and 15, 1998, in the District of Puerto Rico, and elsewhere within

the jurisdiction of this Court,

## [18] RAFAEL COLLADO, aka "Rafi,"

the defendants herein, and others to the Grand Jury known and unknown, aiding and abetting each

other, did knowingly, willfully, intentionally and unlawfully attempt to possess with intent to

distribute approximately four (4) kilograms of cocaine, a Schedule II Narcotic Drug Controlled

Substance, in violation of Title 18, United States Code, Section 2, and Title 21, United States

Code, 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT FOUR

On June 30, 1998, in the District of Puerto Rico and within the jurisdiction of this court,

## [2] JOAQUIN CRUZ JIMENEZ, aka "Joaco,"

the defendant herein, having been convicted of a crime punishable by imprisonment for a term

exceeding one year, did knowingly, intentionally, and unlawfully possess one firearm in or affecting

commerce, to wit: one (1) semi-automatic Smith & Wesson (Model SWV9), 9mm caliber pistol,

having been shipped or transported in interstate or foreign commerce. All in violation of Title 18,

United States Code, Sections 922(g) and 924(a)(2).



SUPERSEDING INDICTMENT
United States v. Carlos Soto Del Valle et al.
Criminal No. 99-77 (JAF)
Page 32

## COUNT FIVE

On June 30, 1998, in the District of Puerto Rico and within the jurisdiction of this court,

### [2]  JOAQUIN CRUZ JIMENEZ, aka "Joaco,"

the defendant herein, did knowingly possess one firearm which at sometime had been shipped or

transported in interstate commerce to wit: one (1) semi-automatic Smith & Wesson (Model SW9V),

9mm caliber pistol, from which the manufacturer's serial number had been obliterated.  All in violation

of Title 18, United States Code, Section 922(k).


GUILLERMO GIL
United States Attorney



Jorge E. Vega Pacheco
Assistant U.S. Attorney
Chief, Criminal Division

Mark A. Irish
Assistant U.S. Attorney
Dated:  April 21, 1999